This time we'll hear Doe v. East Lyme Board of Education. Is she here? She's here. Yep. Thank you. Thank you. Thank you. Well, wait. Let me just get to that. I didn't know this was going to come out. Okay. Good morning. Good morning, your honors. For almost a decade, the board flatly refused to honor its obligations under the pendency provision. The state put IEP placed my son at Schechter. Because of the board's breach, I had to find and fund his pendency programs as resources permitted and individualize them to his evolving needs. It is an abuse of discretion for the district court not to compel the board to reimburse me for what I provided my son. The Supreme Court has emphasized that the pendency provisions text is unequivocal. It states plainly that the child shall remain in his current educational placement during the pendency of any proceedings initiated under the act. In practice, the state put provision serves as a sort of automatic preliminary injunction requiring the board to fund the last agreed and implemented program. Allowing for non-fundamental variations. Once the state put placement is identified, the injunction arises as an operation of law. Parents need not do anything in particular to invoke it. Congress intended the provision to operate powerfully, protectively, and flexibly in providing stability and opportunity. I have a couple of questions. Sure. The escrow holder, does that person have a background in education? I do not believe so. She's an estate lawyer, a trust attorney. I do not. My second question is, where is your son in college now? What year? Freshman, sophomore? Freshman. Freshman? Yes. Is it your understanding that the funds that are used, that are held by the escrow holder, have to be, can be accelerated so that if your son wants or is weak, that that could be done? Is there any limit on how the escrowed money can be spent? There's no limit. There's no escrow fund set up yet. There's no escrow fund? No. But wasn't it ordered in the last? No, it was ordered. No, the final order has never come through. It's, it's, there's no escrow fund. I will say that under penalty of perjury. No. There's no escrow fund. What happened after the last decision of this court? Well, she said that she would make . . . Making who? Judge Arterton said that she would make a final order upon doing the calculations and then the money would be deposited, but that final order never came through, so I'm still funding it. So we don't have, and you're still funding it? Yes. I've always, there's, the last time there was any order for reimbursement was May 17th, 2014, and the board paid me in two installments in June 2015. So if there's no, then, then you're, this appeal is taken from, from an order that was not, that hasn't been entered yet. Well, it was, I mean, you know, I'm not a lawyer, but . . . I know, that's, that's why I'm trying to . . . But the, she would make, she said that, my understanding is that she would give the final order after the final calculations had been made. She's still waiting to give the order. There's . . . But you appealed her, you appealed her order. So is it, is it the fact that because of the appeal, perhaps it stayed that? There was no formal motion to stay it. I mean, just like I wrote a motion for pendency placement funding in June of 2017, and that order is still pending, to get an order for an injunction for his final year of high school. It may be that you filed an appeal that is premature, but if so, once the final order is entered, it would become valid. It, the final order was entered because my attorney did tell me and wrote me in an email that the final order is entered, and that the clock was ticking to appeal. We can, we'll be able to check the . . . Wasn't that order supposed to create the escrow fund? Isn't that what the decision of this court earlier was, to create the fund? The order was that, you see, she, Judge Arterton was going to shift some of the compensatory money into reimbursement in the narrowest limits, narrowest limits from like January through June, but she hasn't done those calculations. There's no, there's no escrow fund. What's she waiting for? What, what calculations is she waiting for? From whom? They're already in. They were in, in the summer of 2017. She entered, I think she made the decision June 26th, 2017. Isn't the amount of the fund determined by how long the pendency period exists? I think we have to check. Yes. I think because of the appeal, that may have precluded her from doing it. Well, I'm still waiting for final . . . I understand that, but it may not necessarily be, it may be a function of the, because of the nature of this appeal, that it, that the period doesn't, that the period is almost like told for a period of time. We have to check something. This is, this is sticky stuff. I mean, it's also, it also makes it that what little reimbursement I was awarded, I don't have. You're actually writing checks for the, for the, for the services that the board was found to have failed to provide. You're writing the checks? Yes, I'm writing the checks. And nothing has come, nothing's been paid by the escrow holder? The escrow wasn't even set up. It may not, it's, it's probably not going to be cost effective for me to be set it up. I have to pay half of the attorney fees to set it up. And my son isn't using it because he has very limited time. I mean, he's . . . They ask you to pay the fees? Is that why that hasn't been done? That's part of the judgment, is that I pay half of the escrow fees to, to set up. And every time, I guess, a withdrawal is made, I have to pay that. And I have to pay half of the attorney fees to close it. And if I present a re, a report that says my son no longer, that the escrow agent believes that my son no longer needs the services, then it's, then it's closed and I have to pay that. I, I could potentially lose money. There is an issue as to whether the escrow agent has the ability to make a determination as to whether your son needs additional educational benefits. Because as you responded to my first question, that person doesn't have any educational background. Right. So let's assume that that person, the escrow agent, cannot decide to shut down the, the payments out of the escrow fund, all right? But even so, there has to be money in the escrow fund, because nobody can pay anything out of the escrow fund unless money is deposited. But the bottom line is, my son is barely using them. He's in a math science program. He's taking a very advanced math course. The, the most, it's, it's said to- But there's still a reading program. There's still a reading program. No, he didn't, he's, it's so, there's, it's the, it's so difficult for him to do it that he, he chose not to take a, he's in an engineering school, and he's not, he's not taking a language arts-based class. But he's taking a very advanced math class that, I didn't even know this, involves a lot of mathematical proofs, which have a lot of writing, but it's about 25 to 30 hours a week outside of class. It's known to be the most difficult math class in the country. It's at a very prestigious university. I mean, he still has a right to the educational- Yeah, but he can't use it. Facilities that are entirely, but he can't use them? He can't use what I'm, I'm sorry. He can't use those additional services that the court has ordered be provided under the escrow arrangement. It's, that's why he asked for it to be 10 years. He still needs the services. But he may not be able to use them while he has an intensive program involving mathematics and science. He, yeah, I mean, he needs them, but he really doesn't have the time. I must say, it's a shame that Eastline Board of Education didn't, didn't show up. We will, we will look into these matters, and we will issue an order. In due course. Okay. The one thing I really am asking, though, is for that I be reimbursed for what I paid, including the placements. I varied the related service to his, to his needs. I can't imagine, had I followed this, the state put IEP rigidly, what my son's language disorder would look like now. I mean, you've seen in the sealed document the, the writing sample. I couldn't have done that. I had it always choose between appropriate and free. I, I. Question is what the statute lets us do and what the statute imposes in terms of maintaining. But, but T.M. Cornwell says, and the parent decision of it, concerned citizens, from Malcolm X, clearly states that you could vary the related services. It's, it even specifically says that you could vary the related services, the inval, and the evaluations without due process proceedings. And. We've done a good job. We'll be looking into this. Okay, okay, okay, okay. So long. No, you have. You really have. Seriously. A lot of folks come here, and this is the only circuit in the United States that allows people who represent themselves to argue their own cases. And some of them don't always focus on the substance you have. And so, and I know it's something very personal to you and difficult for you. But by the same token, you've done a very good job of, of untangling what is a very difficult statute to appreciate and understand. Thank you. Oh, thank you very much. We'll reserve decision. In the case of United States versus McIntosh et al, we are taking that on submission. That's the last case on calendar. Please adjourn court. Court is adjourned.